UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: DANIEL DE OLIVEIRA, MD,

1:25-CV-6304 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner Daniel De Olivera, MD, who appears *pro se*, brings a petition for a writ of mandamus asking this Court to direct the Clerk of Court "to perform the ministerial act of entering default under Federal Rule of Civil Procedure 55(a) against three defendants who failed to plead or otherwise defend in the time prescribed by law" (ECF 1, at 1), in what appears to be another of his *pro se* actions that is pending in this court, *De Oliveira v. Tenet Healthcare*, 1:25-CV-1683 (VSB) (GS).

It appears that this mandamus petition was erroneously opened as a new civil action, as this Court has no authority to direct the judges presiding over *De Oliveira*, 1:25-CV-1683 (VSB) (GS), to take any actions in that matter. Accordingly, the Court directs the Clerk of Court to close the present action without prejudice to Petitioner seeking such relief in *De Oliveira*, 1:25-CV-1683 (VSB) (GS).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   November 12, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2